JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEDESMA, INC., <br><br>         Plaintiff, <br><br>     v. <br><br> CANNATOPIA GARDENS d/b/a CANA SYLMAR, <br><br>         Defendant. | Case No. CV 20-7690 FMO (PVCx) <br><br><br> **JUDGMENT** |

Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendant Cannatopia Gardens d/b/a Cana Sylmar shall pay plaintiff the total amount of $2,400.00, which is comprised of the following: (a) doubled statutory damages for two violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. in the amount of $2,000.00; and (b) attorney's fees in the amount of $400.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 30th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge